**EXHIBIT 2**

ELSEVIER SAUNDERS

TEXTBOOK OF

# Medical Physiology

ELEVENTH EDITION



GUYTON & HALL

for preview purposes only

# Introduction to Physiology: The Cell and General Physiology

1. Functional Organization of the Human Body and Control of the "Internal Environment"

2. The Cell and Its Functions

3. Genetic Control of Protein Synthesis, Cell Function, and Cell Reproduction

with regulation of body temperature. An increase in the temperature of the blood flowing through this area increases the activity of temperature-sensitive neurons, while a decrease in temperature decreases their activity. In turn, these neurons control mechanisms for increasing or decreasing body temperature, as discussed in Chapter 73.

**Regulation of Body Water.** The hypothalamus regulates body water in two ways: (1) by creating the sensation of thirst, which makes the animal or person drink water, and (2) by controlling the excretion of water into the urine. An area called the *thirst center* is located in the lateral hypothalamus. When the fluid electrolytes in either this center or closely allied areas become too concentrated, the animal develops an intense desire to drink water; it will search out the nearest source of water and drink enough to return the electrolyte concentration of the thirst center to normal.

Control of renal excretion of water is vested mainly in the *supraoptic* nuclei. When the body fluids become too concentrated, the neurons of these areas become stimulated. Nerve fibers from these neurons project downward through the infundibulum of the hypothalamus into the posterior pituitary gland, where the nerve endings secrete the hormone *antidiuretic hormone* (also called *vasopressin*). This hormone is then absorbed into the blood and transported to the kidneys where it acts on the collecting ducts of the kidneys to cause increased reabsorption of water. This decreases loss of water into the urine but allows continuing excretion of electrolytes, thus decreasing the concentration of the body fluids back toward normal. These functions are presented in Chapter 28.

**Regulation of Uterine Contractility and of Milk Ejection from the Breasts.** Stimulation of the *paraventricular nuclei* causes their neuronal cells to secrete the hormone *oxytocin*. This in turn causes increased contractility of the uterus as well as contraction of the myoepithelial cells surrounding the alveoli of the breasts, which then causes the alveoli to empty their milk through the nipples.

At the end of pregnancy, especially large quantities of oxytocin are secreted, and this secretion helps to promote labor contractions that expel the baby. Then, whenever the baby suckles the mother's breast, a reflex signal from the nipple to the posterior hypothalamus also causes oxytocin release, and the oxytocin now performs the necessary function of contracting the ductules of the breast, thereby expelling milk through the nipples so that the baby can nourish itself. These functions are discussed in Chapter 82.

**Gastrointestinal and Feeding Regulation.** Stimulation of several areas of the hypothalamus causes an animal to experience extreme hunger, a voracious appetite, and an intense desire to search for food. One area associated with hunger is the *lateral hypothalamic area*. Conversely, damage to this area on both sides of the hypothalamus causes the animal to lose desire for food, sometimes causing lethal starvation.

A center that opposes the desire for food, called the *satiety center*, is located in the *ventromedial nuclei*. When this center is stimulated electrically, an animal that is eating food suddenly stops eating and shows complete indifference to food. However, if this area is destroyed bilaterally, the animal cannot be satiated; instead, its hypothalamic hunger centers become overactive, so that it has a voracious appetite, resulting eventually in tremendous obesity. Another area of the hypothalamus that enters into overall control of gastrointestinal activity is the *mamillary bodies*; these control at least partially the patterns of many feeding reflexes, such as licking the lips and swallowing.

**Hypothalamic Control of Endocrine Hormone Secretion by the Anterior Pituitary Gland.** Stimulation of certain areas of the hypothalamus also causes the *anterior* pituitary gland to secrete its endocrine hormones. This subject is discussed in detail in Chapter 74 in relation to neural control of the endocrine glands. Briefly, the basic mechanisms are the following.

The anterior pituitary gland receives its blood supply mainly from blood that flows first through the lower part of the hypothalamus and then through the anterior pituitary vascular sinuses. As the blood courses through the hypothalamus before reaching the anterior pituitary, specific *releasing* and *inhibitory hormones* are secreted into the blood by various hypothalamic nuclei. These hormones are then transported via the blood to the anterior pituitary gland, where they act on the glandular cells to control release of specific anterior pituitary hormones.

**Summary.** A number of areas of the hypothalamus control specific vegetative and endocrine functions. These areas are still poorly delimited, so much so that the specification given above of different areas for different hypothalamic functions is partially tentative.

## Behavioral Functions of the Hypothalamus and Associated Limbic Structures

**Effects Caused by Stimulation.** In addition to the vegetative and endocrine functions of the hypothalamus, stimulation of or lesions in the hypothalamus often have profound effects on emotional behavior of animals and human beings.

In animals, some of the behavioral effects of stimulation are the following:

1. Stimulation in the *lateral hypothalamus* not only causes thirst and eating, as discussed above, but also increases the general level of activity of the animal, sometimes leading to overt rage and fighting, as discussed subsequently.
2. Stimulation in the *ventromedial nucleus* and surrounding areas mainly causes effects opposite to those caused by lateral hypothalamic stimulation—that is, a sense of *satiety*, *decreased eating*, and *tranquility*.
3. Stimulation of a *thin zone of periventricular nuclei*, located immediately adjacent to the third ventricle (or also stimulation of the central gray area of the mesencephalon that is continuous with this portion of the hypothalamus), usually leads to *fear* and *punishment reactions*.
4. *Sexual drive* can be stimulated from several areas of the hypothalamus, especially the most anterior and most posterior portions of the hypothalamus.

Case 1:19-cv-07211-DLI-TAM Document 108-3 Filed 04/10/23 Page 6 of 16 PageID #: 2664



**Table 74–1**

**Endocrine Glands, Hormones, and Their Functions and Structure**

| Gland/Tissue | Hormones | Major Functions | Chemical Structure |
|---|---|---|---|
| Hypothalamus (Chapter 75) | Thyrotropin-releasing hormone (TRH) | Stimulates secretion of TSH and prolactin | Peptide |
| | Corticotropin-releasing hormone (CRH) | Causes release of ACTH | Peptide |
| | Growth hormone–releasing hormone (GHRH) | Causes release of growth hormone | Peptide |
| | Growth hormone inhibitory hormone (GHIH) (somatostatin) | Inhibits release of growth hormone | Peptide |
| | Gonadotropin-releasing hormone (GnRH) | Causes release of LH and FSH | |
| | Dopamine or prolactin-inhibiting factor (PIF) | Inhibits release of prolactin | Amine |
| Anterior pituitary (Chapter 75) | Growth hormone | Stimulates protein synthesis and overall growth of most cells and tissues | Peptide |
| | Thyroid-stimulating hormone (TSH) | Stimulates synthesis and secretion of thyroid hormones (thyroxine and triiodothyronine) | Peptide |
| | Adrenocorticotropic hormone (ACTH) | Stimulates synthesis and secretion of adrenocortical hormones (cortisol, androgens, and aldosterone) | Peptide |
| | Prolactin | Promotes development of the female breasts and secretion of milk | Peptide |
| | Follicle-stimulating hormone (FSH) | Causes growth of follicles in the ovaries and sperm maturation in Sertoli cells of testes | Peptide |
| | Luteinizing hormone (LH) | Stimulates testosterone synthesis in Leydig cells of testes; stimulates ovulation, formation of corpus luteum, and estrogen and progesterone synthesis in ovaries | Peptide |
| Posterior pituitary (Chapter 75) | Antidiuretic hormone (ADH) (also called vasopressin) | Increases water reabsorption by the kidneys and causes vasoconstriction and increased blood pressure | Peptide |
| | Oxytocin | Stimulates milk ejection from breasts and uterine contractions | Peptide |
| Thyroid (Chapter 76) | Thyroxine ($T_4$) and triiodothyronine ($T_3$) | Increases the rates of chemical reactions in most cells, thus increasing body metabolic rate | Amine |
| | Calcitonin | Promotes deposition of calcium in the bones and decreases extracellular fluid calcium ion concentration | Peptide |
| Adrenal cortex (Chapter 77) | Cortisol | Has multiple metabolic functions for controlling metabolism of proteins, carbohydrates, and fats; also has anti-inflammatory effects | Steroid |
| | Aldosterone | Increases renal sodium reabsorption, potassium secretion, and hydrogen ion secretion | Steroid |
| Adrenal medulla (Chapter 60) | Norepinephrine, epinephrine | Same effects as sympathetic stimulation | Amine |
| Pancreas (Chapter 78) | Insulin ($\beta$ cells) | Promotes glucose entry in many cells, and in this way controls carbohydrate metabolism | Peptide |
| | Glucagon ($\alpha$ cells) | Increases synthesis and release of glucose from the liver into the body fluids | Peptide |
| Parathyroid (Chapter 79) | Parathyroid hormone (PTH) | Controls serum calcium ion concentration by increasing calcium absorption by the gut and kidneys and releasing calcium from bones | Peptide |
| Testes (Chapter 80) | Testosterone | Promotes development of male reproductive system and male secondary sexual characteristics | Steroid |
| Ovaries (Chapter 81) | Estrogens | Promotes growth and development of female reproductive system, female breasts, and female secondary sexual characteristics | Steroid |
| | Progesterone | Stimulates secretion of "uterine milk" by the uterine endometrial glands and promotes development of secretory apparatus of breasts | Steroid |
| Placenta (Chapter 82) | Human chorionic gonadotropin (HCG) | Promotes growth of corpus luteum and secretion of estrogens and progesterone by corpus luteum | Peptide |
| | Human somatomammotropin | Probably helps promote development of some fetal tissues as well as the mother's breasts | Peptide |
| | Estrogens | See actions of estrogens from ovaries | Steroid |
| | Progesterone | See actions of progesterone from ovaries | Steroid |
| Kidney (Chapter 26) | Renin | Catalyzes conversion of angiotensinogen to angiotensin I (acts as an enzyme) | Peptide |
| | 1,25-Dihydroxycholecalciferol | Increases intestinal absorption of calcium and bone mineralization | Steroid |
| | Erythropoietin | Increases erythrocyte production | Peptide |
| Heart (Chapter 22) | Atrial natriuretic peptide (ANP) | Increases sodium excretion by kidneys, reduces blood pressure | Peptide |
| Stomach (Chapter 64) | Gastrin | Stimulates HCl secretion by parietal cells | Peptide |
| Small intestine (Chapter 64) | Secretin | Stimulates pancreatic acinar cells to release bicarbonate and water | Peptide |
| | Cholecystokinin (CCK) | Stimulates gallbladder contraction and release of pancreatic enzymes | Peptide |
| Adipocytes (Chapter 71) | Leptin | Inhibits appetite, stimulates thermogenesis | Peptide |

C H A P T E R 7 5

# Pituitary Hormones and Their Control by the Hypothalamus



## Pituitary Gland and Its Relation to the Hypothalamus

**Pituitary Gland: Two Distinct Parts–The Anterior and Posterior Lobes.** The *pituitary gland* (Figure 75–1), also called the *hypophysis,* is a small gland—about 1 centimeter in diameter and 0.5 to 1 gram in weight—that lies in the *sella turcica,* a bony cavity at the base of the brain, and is connected to the hypothalamus by the *pituitary* (or *hypophysial*) stalk. Physiologically, the pituitary gland is divisible into two distinct portions: the *anterior pituitary,* also known as the *adenohypophysis,* and the *posterior pituitary,* also known as the *neurohypophysis.* Between these is a small, relatively avascular zone called the *pars intermedia,* which is almost absent in the human being but is much larger and much more functional in some lower animals.

Embryologically, the two portions of the pituitary originate from different sources—the anterior pituitary from *Rathke's pouch,* which is an embryonic invagination of the pharyngeal epithelium, and the posterior pituitary from a neural tissue outgrowth from the hypothalamus. The origin of the anterior pituitary from the pharyngeal epithelium explains the epithelioid nature of its cells, and the origin of the posterior pituitary from neural tissue explains the presence of large numbers of glial-type cells in this gland.

Six important peptide hormones plus several less important ones are secreted by the *anterior* pituitary, and two important peptide hormones are secreted by the *posterior* pituitary. The hormones of the anterior pituitary play major roles in the control of metabolic functions throughout the body, as shown in Figure 75–2.

- *Growth hormone* promotes growth of the entire body by affecting protein formation, cell multiplication, and cell differentiation.
- *Adrenocorticotropin (corticotropin)* controls the secretion of some of the adrenocortical hormones, which affect the metabolism of glucose, proteins, and fats.
- *Thyroid-stimulating hormone (thyrotropin)* controls the rate of secretion of thyroxine and triiodothyronine by the thyroid gland, and these hormones control the rates of most intracellular chemical reactions in the body.
- *Prolactin* promotes mammary gland development and milk production.
- Two separate gonadotropic hormones, *follicle-stimulating hormone* and *luteinizing hormone,* control growth of the ovaries and testes, as well as their hormonal and reproductive activities.

The two hormones secreted by the posterior pituitary play other roles.

- *Antidiuretic hormone* (also called *vasopressin*) controls the rate of water excretion into the urine, thus helping to control the concentration of water in the body fluids.
- *Oxytocin* helps express milk from the glands of the breast to the nipples during suckling and possibly helps in the delivery of the baby at the end of gestation.

**Anterior Pituitary Gland Contains Several Different Cell Types That Synthesize and Secrete Hormones.** Usually, there is one cell type for each major hormone formed in the




**Figure 75–1**

Pituitary gland.




**Figure 75–3**

Cellular structure of the anterior pituitary gland. (Redrawn from Guyton AC: Physiology of the Human Body, 6th ed. Philadelphia: Saunders College Publishing, 1984.)




**Figure 75–2**

Metabolic functions of the anterior pituitary hormones. ACH, adrenal corticosteroid hormones.

anterior pituitary gland. With special stains attached to high-affinity antibodies that bind with the distinctive hormones, at least five cell types can be differentiated (Figure 75–3). Table 75–1 provides a summary of these cell types, the hormones they produce, and their physiological actions. These five cell types are:

1. *Somatotropes*—human growth hormone (hGH)
2. *Corticotropes*—adrenocorticotropin (ACTH)
3. *Thyrotropes*—thyroid-stimulating hormone (TSH)
4. *Gonadotropes*—gonadotropic hormones, which include both luteinizing hormone (LH) and follicle-stimulating hormone (FSH)
5. *Lactotropes*—prolactin (PRL)

About 30 to 40 per cent of the anterior pituitary cells are somatotropes that secrete growth hormone, and about 20 per cent are corticotropes that secrete ACTH. Each of the other cell types accounts for only 3 to 5 per cent of the total; nevertheless, they secrete powerful hormones for controlling thyroid function, sexual functions, and milk secretion by the breasts.

Somatotropes stain strongly with acid dyes and are therefore called *acidophils*. Thus, pituitary tumors that secrete large quantities of human growth hormone are called *acidophilic tumors*.

**Posterior Pituitary Hormones Are Synthesized by Cell Bodies in the Hypothalamus.** The bodies of the cells that secrete the *posterior* pituitary hormones are not located in the pituitary gland itself but are large neurons, called *magnocellular neurons*, located in the *supraoptic* and *paraventricular nuclei* of the hypothalamus. The hormones are then transported in the axoplasm of the neurons' nerve fibers passing from the hypothalamus to the posterior pituitary gland. This is discussed more fully later in the chapter.

## Hypothalamus Controls Pituitary Secretion

Almost all secretion by the pituitary is controlled by either hormonal or nervous signals from the hypothalamus. Indeed, when the pituitary gland is removed from its normal position beneath the hypothalamus and transplanted to some other part of the body, its

**Table 75–1**

**Cells and Hormones of the Anterior Pituitary Gland and Their Physiological Functions**

| Cell | Hormone | Chemistry | Physiological Actions |
|---|---|---|---|
| Somatotropes | Growth hormone (GH; somatotropin) | Single chain of 191 amino acids | Stimulates body growth; stimulates secretion of IGF-1; stimulates lipolysis; inhibits actions of insulin on carbohydrate and lipid metabolism |
| Corticotropes | Adrenocorticotropic hormone (ACTH; corticotropin) | Single chain of 39 amino acids | Stimulates production of glucocorticoids and androgens by the adrenal cortex; maintains size of zona fasciculata and zona reticularis of cortex |
| Thyrotropes | Thyroid-stimulating hormone (TSH; thyrotropin) | Glycoprotein of two subunits, $\alpha$ (89 amino acids) and $\beta$ (112 amino acids) | Stimulates production of thyroid hormones by thyroid follicular cells; maintains size of follicular cells |
| Gonadotropes | Follicle-stimulating hormone (FSH) | Glycoprotein of two subunits, $\alpha$ (89 amino acids) and $\beta$ (112 amino acids) | Stimulates development of ovarian follicles; regulates spermatogenesis in the testis |
| | Luteinizing hormone (LH) | Glycoprotein of two subunits, $\alpha$ (89 amino acids) and $\beta$ (115 amino acids) | Causes ovulation and formation of the corpus luteum in the ovary; stimulates production of estrogen and progesterone by the ovary; stimulates testosterone production by the testis |
| Lactotropes, Mammotropes | Prolactin (PRL) | Single chain of 198 amino acids | Stimulates milk secretion and production |

IGF, insulin-like growth factor

rates of secretion of the different hormones (except for prolactin) fall to very low levels.

Secretion from the posterior pituitary is controlled by nerve signals that originate in the hypothalamus and terminate in the posterior pituitary. In contrast, secretion by the anterior pituitary is controlled by hormones called *hypothalamic releasing* and *hypothalamic inhibitory hormones* (or *factors*) secreted within the hypothalamus itself and then conducted, as shown in Figure 75–4, to the anterior pituitary through minute blood vessels called *hypothalamic-hypophysial portal vessels.* In the anterior pituitary, these releasing and inhibitory hormones act on the glandular cells to control their secretion. This system of control is discussed in the next section of this chapter.

The hypothalamus receives signals from many sources in the nervous system. Thus, when a person is exposed to pain, a portion of the pain signal is transmitted into the hypothalamus. Likewise, when a person experiences some powerful depressing or exciting thought, a portion of the signal is transmitted into the hypothalamus. Olfactory stimuli denoting pleasant or unpleasant smells transmit strong signal components directly and through the amygdaloid nuclei into the hypothalamus. Even the concentrations of nutrients, electrolytes, water, and various hormones in the blood excite or inhibit various portions of the hypothalamus. Thus, the hypothalamus is a collecting center for information concerning the internal well-being of the body, and much of this information is used to control secretions of the many globally important pituitary hormones.




**Figure 75–4**

Hypothalamic-hypophysial portal system.

## Hypothalamic-Hypophysial Portal Blood Vessels of the Anterior Pituitary Gland

The anterior pituitary is a highly vascular gland with extensive capillary sinuses among the glandular cells. Almost all the blood that enters these sinuses passes first through another capillary bed in the lower hypothalamus. The blood then flows through small

The precise way that the osmotic concentration of the extracellular fluid controls ADH secretion is not clear. Yet somewhere in or near the hypothalamus are modified neuron receptors called *osmoreceptors*. When the extracellular fluid becomes too concentrated, fluid is pulled by osmosis out of the osmoreceptor cell, decreasing its size and initiating appropriate nerve signals in the hypothalamus to cause additional ADH secretion. Conversely, when the extracellular fluid becomes too dilute, water moves by osmosis in the opposite direction, into the cell, and this decreases the signal for ADH secretion. Although some researchers place these osmoreceptors in the hypothalamus itself (possibly even in the supraoptic nuclei), others believe that they are located in the *organum vasculosum*, a highly vascular structure in the anteroventral wall of the third ventricle.

Regardless of the mechanism, concentrated body fluids stimulate the supraoptic nuclei, whereas dilute body fluids inhibit them. A feedback control system is available to control the total osmotic pressure of the body fluids.

Further details on the role of ADH in controlling renal function and body fluid osmolality are presented in Chapter 28.

### Vasoconstrictor and Pressor Effects of ADH, and Increased ADH Secretion Caused by Low Blood Volume

Whereas minute concentrations of ADH cause increased water conservation by the kidneys, higher concentrations of ADH have a potent effect of constricting the arterioles throughout the body and therefore increasing the arterial pressure. For this reason, ADH has another name, *vasopressin*.

One of the stimuli for causing intense ADH secretion is decreased blood volume. This occurs especially strongly when the blood volume decreases 15 to 25 per cent or more; the secretory rate then sometimes rises to as high as 50 times normal. The cause of this is the following.

The atria have stretch receptors that are excited by overfilling. When excited, they send signals to the brain to inhibit ADH secretion. Conversely, when the receptors are unexcited as a result of underfilling, the opposite occurs, with greatly increased ADH secretion. Decreased stretch of the baroreceptors of the carotid, aortic, and pulmonary regions also stimulates ADH secretion. For further details about this blood volume-pressure feedback mechanism, refer to Chapter 28.

## Oxytocic Hormone

**Oxytocin Causes Contraction of the Pregnant Uterus.** The hormone *oxytocin*, in accordance with its name, powerfully stimulates contraction of the pregnant uterus, especially toward the end of gestation. Therefore, many obstetricians believe that this hormone is at least partially responsible for causing birth of the baby. This is supported by the following facts: (1) In a hypophysectomized animal, the duration of labor is prolonged, indicating a possible effect of oxytocin during delivery. (2) The amount of oxytocin in the plasma increases during labor, especially during the last stage. (3) Stimulation of the cervix in a pregnant animal elicits nervous signals that pass to the hypothalamus and cause increased secretion of oxytocin. These effects and this possible mechanism for aiding in the birth process are discussed in much more detail in Chapter 82.

**Oxytocin Aids in Milk Ejection by the Breasts.** Oxytocin also plays an especially important role in lactation—a role that is far better understood than its role in delivery. In lactation, oxytocin causes milk to be expressed from the alveoli into the ducts of the breast so that the baby can obtain it by suckling.

This mechanism works as follows: The suckling stimulus on the nipple of the breast causes signals to be transmitted through sensory nerves to the oxytocin neurons in the paraventricular and supraoptic nuclei in the hypothalamus, which causes release of oxytocin by the posterior pituitary gland. The oxytocin is then carried by the blood to the breasts, where it causes contraction of *myoepithelial cells* that lie outside of and form a latticework surrounding the alveoli of the mammary glands. In less than a minute after the beginning of suckling, milk begins to flow. This mechanism is called *milk letdown* or *milk ejection*. It is discussed further in Chapter 82 in relation to the physiology of lactation.

## References


Antunes-Rodrigues J, de Castro M, Elias LL, et al: Neuroendocrine control of body fluid metabolism. Physiol Rev 84:169, 2004.

Besser GM, Thorner MO: Comprehensive Clinical Endocrinology, 3rd ed. Philadelphia: Mosby, Elsevier Science Limited, 2002.

Burbach JP, Luckman SM, Murphy D, Gainer H: Gene regulation in the magnocellular hypothalamo-neurohypophysial system. Physiol Rev 81:1197, 2001.

Butler AA, Le Roith D: Control of growth by the somatropic axis: growth hormone and the insulin-like growth factors have related and independent roles. Annu Rev Physiol 63:141, 2001.

Cummings DE, Merriam GR: Growth hormone therapy in adults. Annu Rev Med 54:513, 2003.

Dattani M, Preece M: Growth hormone deficiency and related disorders: insights into causation, diagnosis, and treatment. Lancet 363:1977, 2004.

Dunn AJ, Swiergiel AH, Palamarchouk V: Brain circuits involved in corticotropin-releasing factor–norepinephrine interactions during stress. Ann N Y Acad Sci 1018:25, 2004.

Edmondson SR, Thumiger SP, Werther GA, Wraight CJ: Epidermal homeostasis: the role of the growth hormone and insulin-like growth factor systems. Endocr Rev 24:737, 2003.

Eugster EA, Pescovitz OH: Gigantism. J Clin Endocrinol Metab 84:4379, 1999.

Freeman ME, Kanyicska B, Lerant A, Nagy G: Prolactin: structure, function, and regulation of secretion. Physiol Rev 80:1523, 2000.

Gimpl G, Fahrenholz F: The oxytocin receptor system: structure, function, and regulation. Physiol Rev 81:629, 2001.

osteocytes, osteoclasts, and other target cells. This cAMP in turn is probably responsible for such functions as osteoclastic secretion of enzymes and acids to cause bone reabsorption and formation of 1,25-dihydroxycholecalciferol in the kidneys. There are probably other direct effects of PTH that function independently of the second messenger mechanism.

## Control of Parathyroid Secretion by Calcium Ion Concentration

Even the slightest decrease in calcium ion concentration in the extracellular fluid causes the parathyroid glands to increase their rate of secretion within minutes; if the decreased calcium concentration persists, the glands will hypertrophy, sometimes fivefold or more. For instance, the parathyroid glands become greatly enlarged in *rickets*, in which the level of calcium is usually depressed only a small amount; also, they become greatly enlarged in *pregnancy*, even though the decrease in calcium ion concentration in the mother's extracellular fluid is hardly measurable; and they are greatly enlarged during *lactation* because calcium is used for milk formation.

Conversely, conditions that increase the calcium ion concentration above normal cause decreased activity and reduced size of the parathyroid glands. Such conditions include (1) excess quantities of calcium in the diet, (2) increased vitamin D in the diet, and (3) bone absorption caused by factors other than PTH (for example, bone absorption caused by disuse of the bones).

Figure 79–11 shows the approximate relation between plasma calcium concentration and plasma




**Figure 79–11**

Approximate effect of plasma calcium concentration on the plasma concentrations of parathyroid hormone and calcitonin. Note especially that long-term, chronic changes in calcium concentration of only a few percentage points can cause as much as 100 per cent change in parathyroid hormone concentration.

PTH concentration. The solid red curve shows the acute effect when the calcium concentration is changed over a period of a few hours. This shows that even small decreases in calcium concentration from the normal value can double or triple the plasma PTH. The approximate chronic effect that one finds when the calcium ion concentration changes over a period of many weeks, thus allowing time for the glands to hypertrophy greatly, is shown by the dashed red line; this demonstrates that a decrease of only a fraction of a milligram per deciliter in plasma calcium concentration can double PTH secretion. This is the basis of the body's extremely potent feedback system for long-term control of plasma calcium ion concentration.

# Calcitonin

Calcitonin, a peptide hormone secreted by the thyroid gland, tends to *decrease* plasma calcium concentration and, in general, has effects opposite to those of PTH. However, the quantitative role of calcitonin is far less than that of PTH in regulating calcium ion concentration.

Synthesis and secretion of calcitonin occur in the *parafollicular cells*, or *C cells*, lying in the interstitial fluid between the follicles of the thyroid gland. These cells constitute only about 0.1 per cent of the human thyroid gland and are the remnants of the *ultimobrachial glands* of lower animals such as fish, amphibians, reptiles, and birds. Calcitonin is a 32-amino acid peptide with a molecular weight of about 3400.

**Increased Plasma Calcium Concentration Stimulates Calcitonin Secretion.** The primary stimulus for calcitonin secretion is increased plasma calcium ion concentration. This contrasts with PTH secretion, which is stimulated by decreased calcium concentration.

In young animals, but much less so in older animals and in humans, an increase in plasma calcium concentration of about 10 per cent causes an immediate twofold or more increase in the rate of secretion of calcitonin, which is shown by the blue line in Figure 79–11. This provides a second hormonal feedback mechanism for controlling the plasma calcium ion concentration, but one that is relatively weak and works in a way opposite that of the PTH system.

**Calcitonin Decreases Plasma Calcium Concentration.** In some young animals, calcitonin decreases blood calcium ion concentration rapidly, beginning within minutes after injection of the calcitonin, in at least two ways.

1. The immediate effect is to decrease the absorptive activities of the osteoclasts and possibly the osteolytic effect of the osteocytic membrane throughout the bone, thus shifting the balance in favor of deposition of calcium in the exchangeable bone calcium salts. This effect is especially significant in young animals because of the rapid interchange of absorbed and deposited calcium.

is excreted in the bile; most of the remainder is excreted in the urine. Also, the liver converts the potent estrogens estradiol and estrone into the almost totally impotent estrogen estriol. Therefore, diminished liver function actually *increases* the activity of estrogens in the body, sometimes causing *hyperestrinism.*

**Fate of Progesterone.** Within a few minutes after secretion, almost all the progesterone is degraded to other steroids that have no progestational effect. As with the estrogens, the liver is especially important for this metabolic degradation.

The major end product of progesterone degradation is *pregnanediol.* About 10 per cent of the original progesterone is excreted in the urine in this form. Therefore, one can estimate the rate of progesterone formation in the body from the rate of this excretion.

## Functions of the Estrogens—Their Effects on the Primary and Secondary Female Sex Characteristics

A primary function of the estrogens is to cause cellular proliferation and growth of the tissues of the sex organs and other tissues related to reproduction.

**Effect of Estrogens on the Uterus and External Female Sex Organs.** During childhood, estrogens are secreted only in minute quantities, but at puberty, the quantity secreted in the female under the influence of the pituitary gonadotropic hormones increases 20-fold or more. At this time, the female sex organs change from those of a child to those of an adult. The ovaries, fallopian tubes, uterus, and vagina all increase several times in size. Also, the external genitalia enlarge, with deposition of fat in the mons pubis and labia majora and enlargement of the labia minora.

In addition, estrogens change the vaginal epithelium from a cuboidal into a stratified type, which is considerably more resistant to trauma and infection than is the prepubertal cuboidal cell epithelium. Vaginal infections in children can often be cured by the administration of estrogens simply because of the resulting increased resistance of the vaginal epithelium.

During the first few years after puberty, the size of the uterus increases twofold to threefold, but more important than the increase in uterus size are the changes that take place in the uterine endometrium under the influence of estrogens. Estrogens cause marked proliferation of the endometrial stroma and greatly increased development of the endometrial glands, which will later aid in providing nutrition to the implanted ovum. These effects are discussed later in the chapter in connection with the endometrial cycle.

**Effect of Estrogens on the Fallopian Tubes.** The estrogens' effect on the mucosal lining of the fallopian tubes is similar to that on the uterine endometrium. They cause the glandular tissues of this lining to proliferate; especially important, they cause the number of ciliated epithelial cells that line the fallopian tubes to increase. Also, activity of the cilia is considerably enhanced. These cilia always beat toward the uterus, which helps propel the fertilized ovum in that direction.

**Effect of Estrogens on the Breasts.** The primordial breasts of females and males are exactly alike. In fact, under the influence of appropriate hormones, the masculine breast during the first 2 decades of life can develop sufficiently to produce milk in the same manner as the female breast.

Estrogens cause (1) development of the stromal tissues of the breasts, (2) growth of an extensive ductile system, and (3) deposition of fat in the breasts. The lobules and alveoli of the breast develop to a slight extent under the influence of estrogens alone, but it is progesterone and prolactin that cause the ultimate determinative growth and function of these structures.

In summary, the estrogens initiate growth of the breasts and of the milk-producing apparatus. They are also responsible for the characteristic growth and external appearance of the mature female breast. However, they do not complete the job of converting the breasts into milk-producing organs.

**Effect of Estrogens on the Skeleton.** Estrogens inhibit osteoclastic activity in the bones and therefore stimulate bone growth. At puberty, when the female enters her reproductive years, her growth in height becomes rapid for several years. However, estrogens have another potent effect on skeletal growth: They cause uniting of the epiphyses with the shafts of the long bones. This effect of estrogen in the female is much stronger than the similar effect of testosterone in the male. As a result, growth of the female usually ceases several years earlier than growth of the male. A female eunuch who is devoid of estrogen production usually grows several inches taller than a normal mature female because her epiphyses do not unite at the normal time.

**Osteoporosis of the Bones Caused by Estrogen Deficiency in Old Age.** After menopause, almost no estrogens are secreted by the ovaries. This estrogen deficiency leads to (1) increased osteoclastic activity in the bones, (2) decreased bone matrix, and (3) decreased deposition of bone calcium and phosphate. In some women, this effect is extremely severe, and the resulting condition is *osteoporosis,* described in Chapter 79. Because this can greatly weaken the bones and lead to bone fracture, especially fracture of the vertebrae, a large share of postmenopausal women are treated prophylactically with estrogen replacement to prevent the osteoporotic effects.

**Effect of Estrogens on Protein Deposition.** Estrogens cause a slight increase in total body protein, which is evidenced by a slight positive nitrogen balance when estrogens are administered. This mainly results from the growth-promoting effect of estrogen on the sexual

organs, the bones, and a few other tissues of the body. The enhanced protein deposition caused by testosterone is much more general and many times as powerful as that caused by estrogens.

**Effect of Estrogens on Body Metabolism and Fat Deposition.** Estrogens increase the whole-body metabolic rate slightly, but only about one third as much as the increase caused by the male sex hormone testosterone. They also cause deposition of increased quantities of fat in the subcutaneous tissues. As a result, the percentage of body fat in the female body is considerably greater than that in the male body, which contains more protein. In addition to deposition of fat in the breasts and subcutaneous tissues, estrogens cause the deposition of fat in the buttocks and thighs, which is characteristic of the feminine figure.

**Effect of Estrogens on Hair Distribution.** Estrogens do not greatly affect hair distribution. However, hair does develop in the pubic region and in the axillae after puberty. Androgens formed in increased quantities by the female adrenal glands after puberty are mainly responsible for this.

**Effect of Estrogens on the Skin.** Estrogens cause the skin to develop a texture that is soft and usually smooth, but even so, the skin of a woman is thicker than that of a child or a castrated female. Also, estrogens cause the skin to become more vascular; this is often associated with increased warmth of the skin and also promotes greater bleeding of cut surfaces than is observed in men.

**Effect of Estrogens on Electrolyte Balance.** The chemical similarity of estrogenic hormones to adrenocortical hormones has been pointed out. Estrogens, like aldosterone and some other adrenocortical hormones, cause sodium and water retention by the kidney tubules. This effect of estrogens is normally slight and rarely of significance, but during pregnancy, the tremendous formation of estrogens by the placenta may contribute to body fluid retention, as discussed in Chapter 82.

## Functions of Progesterone

**Effect of Progesterone on the Uterus.** By far the most important function of progesterone is *to promote secretory changes in the uterine endometrium* during the latter half of the monthly female sexual cycle, thus preparing the uterus for implantation of the fertilized ovum. This function is discussed later in connection with the endometrial cycle of the uterus.

In addition to this effect on the endometrium, progesterone decreases the frequency and intensity of uterine contractions, thereby helping to prevent expulsion of the implanted ovum.

**Effect of Progesterone on the Fallopian Tubes.** Progesterone also promotes increased secretion by the mucosal lining of the fallopian tubes. These secretions are necessary for nutrition of the fertilized, dividing ovum as it traverses the fallopian tube before implantation.

**Effect of Progesterone on the Breasts.** Progesterone promotes development of the lobules and alveoli of the breasts, causing the alveolar cells to proliferate, enlarge, and become secretory in nature. However, progesterone does not cause the alveoli to secrete milk; as discussed in Chapter 82, milk is secreted only after the prepared breast is further stimulated by *prolactin* from the anterior pituitary gland.

Progesterone also causes the breasts to swell. Part of this swelling is due to the secretory development in the lobules and alveoli, but part also results from increased fluid in the subcutaneous tissue.

## Monthly Endometrial Cycle and Menstruation

Associated with the monthly cyclical production of estrogens and progesterone by the ovaries is an endometrial cycle in the lining of the uterus that operates through the following stages: (1) proliferation of the uterine endometrium; (2) development of secretory changes in the endometrium; and (3) desquamation of the endometrium, which is known as *menstruation.* The various phases of this endometrial cycle are shown in Figure 81–7.

**Proliferative Phase (Estrogen Phase) of the Endometrial Cycle, Occurring Before Ovulation.** At the beginning of each monthly cycle, most of the endometrium has been desquamated by menstruation. After menstruation, only a thin layer of endometrial stroma remains, and the only epithelial cells that are left are those located in the remaining deeper portions of the glands and crypts of the endometrium. *Under the influence of estrogens,* secreted in increasing quantities by the ovary during the first part of the monthly ovarian cycle, the stromal cells and the epithelial cells




**Figure 81–7**

Phases of endometrial growth and menstruation during each monthly female sexual cycle.




**Figure 82–10**

The breast and its secretory lobules, alveoli, and lactiferous ducts (milk ducts) that constitute its mammary gland *(A)*. The enlargements show a lobule *(B)* and milk-secreting cells of an alveolus *(C)*.

**Development of the Lobule-Alveolar System—Role of Progesterone.** Final development of the breasts into milk-secreting organs also requires *progesterone*. Once the ductal system has developed, progesterone—acting synergistically with estrogen, as well as with the other hormones just mentioned—causes additional growth of the breast lobules, with budding of alveoli and development of secretory characteristics in the cells of the alveoli. These changes are analogous to the secretory effects of progesterone on the endometrium of the uterus during the latter half of the female menstrual cycle.

## Initiation of Lactation—Function of Prolactin

Although estrogen and progesterone are essential for the physical development of the breasts during pregnancy, a specific effect of both these hormones is to inhibit *the actual secretion of milk*. Conversely, the hormone *prolactin* has exactly the opposite effect on milk secretion—promoting it. This hormone is secreted by the mother's anterior pituitary gland, and its concentration in her blood rises steadily from the fifth week of pregnancy until birth of the baby, at which time it has risen to 10 to 20 times the normal nonpregnant level. This high level of prolactin at the end of pregnancy is shown in Figure 82–11.

In addition, the placenta secretes large quantities of *human chorionic somatomammotropin*, which probably has lactogenic properties, thus supporting the prolactin from the mother's pituitary during pregnancy. Even so, because of the suppressive effects of estrogen and progesterone, no more than a few milliliters of fluid are secreted each day until after the baby is born. The fluid secreted during the last few days before and the first few days after parturition is called *colostrum;* it contains essentially the same concentrations of proteins and lactose as milk, but it has almost no fat, and its maximum rate of production is about 1/100 the subsequent rate of milk production.

Immediately after the baby is born, the sudden loss of both estrogen and progesterone secretion from the placenta allows the lactogenic effect of prolactin from the mother's pituitary gland to assume its natural milk-promoting role, and over the next 1 to 7 days, the breasts begin to secrete copious quantities of milk instead of colostrum. This secretion of milk requires an adequate background secretion of most of the mother's other hormones as well, but most important are *growth hormone, cortisol, parathyroid hormone,* and *insulin*. These hormones are necessary to provide the amino acids, fatty acids, glucose, and calcium required for milk formation.

After birth of the baby, the *basal level* of prolactin secretion returns to the nonpregnant level over the next few weeks, as shown in Figure 82–11. However, each time the mother nurses her baby, nervous signals from the nipples to the hypothalamus cause a 10- to 20-fold surge in prolactin secretion that lasts for about 1 hour, which is also shown in Figure 82–11. This prolactin acts on the mother's breasts to keep the mammary glands secreting milk into the alveoli for the subsequent nursing periods. If this prolactin surge is absent or blocked as a result of hypothalamic or pituitary damage or if nursing does not continue, the breasts lose their ability to produce milk within 1 week or so. However, milk production can continue for several years if the child continues to suckle, although the rate of milk formation normally decreases considerably after 7 to 9 months.

**Hypothalamic Control of Prolactin Secretion.** The hypothalamus plays an essential role in controlling prolactin




**Figure 82–11**

Changes in rates of secretion of estrogens, progesterone, and prolactin for 8 weeks before parturition and 36 weeks thereafter. Note especially the decrease of prolactin secretion back to basal levels within a few weeks after parturition, but also the intermittent periods of marked prolactin secretion (for about 1 hour at a time) during and after periods of nursing.

secretion, as it does for almost all the other anterior pituitary hormones. However, this control is different in one aspect: The hypothalamus mainly *stimulates* production of all the other hormones, but it mainly *inhibits* prolactin production. Consequently, damage to the hypothalamus or blockage of the hypothalamic-hypophysial portal system often increases prolactin secretion while it depresses secretion of the other anterior pituitary hormones.

Therefore, it is believed that anterior pituitary secretion of prolactin is controlled either entirely or almost entirely by an inhibitory factor formed in the hypothalamus and transported through the hypothalamic-hypophysial portal system to the anterior pituitary gland. This factor is called *prolactin inhibitory hormone.* It is almost certainly the same as the catecholamine *dopamine,* which is known to be secreted by the arcuate nuclei of the hypothalamus and can decrease prolactin secretion as much as 10-fold.

**Suppression of the Female Ovarian Cycles in Nursing Mothers for Many Months After Delivery.** In most nursing mothers, the ovarian cycle (and ovulation) does not resume until a few weeks after cessation of nursing. The reason seems to be that the same nervous signals from the breasts to the hypothalamus that cause prolactin secretion during suckling—either because of the nervous signals themselves or because of a subsequent effect of increased prolactin—inhibit secretion of gonadotropin-releasing hormone by the hypothalamus. This, in turn, suppresses formation of the pituitary gonadotropic hormones—luteinizing hormone and follicle-stimulating hormone. However, after several months of lactation, in some mothers, especially in those who nurse their babies only some of the time, the pituitary begins to secrete sufficient gonadotropic hormones to reinstate the monthly sexual cycle, even though nursing continues.

## Ejection (or "Let-Down") Process in Milk Secretion—Function of Oxytocin

Milk is secreted continuously into the alveoli of the breasts, but milk does not flow easily from the alveoli into the ductal system and, therefore, does not continually leak from the breast nipples. Instead, the milk must be *ejected* from the alveoli into the ducts before the baby can obtain it. This is caused by a combined neurogenic and hormonal reflex that involves the posterior pituitary hormone *oxytocin,* as follows.

When the baby suckles, it receives virtually no milk for the first half minute or so. Sensory impulses must first be transmitted through somatic nerves from the nipples to the mother's spinal cord and then to her hypothalamus, where they cause nerve signals that promote *oxytocin* secretion at the same time that they cause prolactin secretion. The oxytocin is carried in the blood to the breasts, where it causes *myoepithelial cells* (which surround the outer walls of the alveoli) to contract, thereby expressing the milk from the alveoli into the ducts at a pressure of +10 to 20 mm Hg. Then the baby's suckling becomes effective in removing the milk. Thus, within 30 seconds to 1 minute after a baby begins to suckle, milk begins to flow. This process is called *milk ejection* or *milk let-down.*

Suckling on one breast causes milk flow not only in that breast but also in the opposite breast. It is especially interesting that fondling of the baby by the mother or hearing the baby crying often gives enough of an emotional signal to the hypothalamus to cause milk ejection.

**Inhibition of Milk Ejection.** A particular problem in nursing a baby comes from the fact that many psychogenic factors or even generalized sympathetic nervous system stimulation throughout the mother's

**Table 82–1**

**Composition of Milk**

| Constituent | Human Milk (%) | Cow's Milk (%) |
|---|---|---|
| Water | 88.5 | 87.0 |
| Fat | 3.3 | 3.5 |
| Lactose | 6.8 | 4.8 |
| Casein | 0.9 | 2.7 |
| Lactalbumin and other proteins | 0.4 | 0.7 |
| Ash | 0.2 | 0.7 |

body can inhibit oxytocin secretion and consequently depress milk ejection. For this reason, many mothers must have an undisturbed puerperium if they are to be successful in nursing their babies.

## Milk Composition and the Metabolic Drain on the Mother Caused by Lactation

Table 82–1 lists the contents of human milk and cow's milk. The concentration of lactose in human milk is about 50 per cent greater than in cow's milk, but the concentration of protein in cow's milk is ordinarily two or more times greater than in human milk. Finally, only one third as much ash, which contains calcium and other minerals, is found in human milk compared with cow's milk.

At the height of lactation in the human mother, 1.5 liters of milk may be formed each day (and even more if the mother has twins). With this degree of lactation, great quantities of metabolic substrates are drained from the mother. For instance, about 50 grams of fat enter the milk each day, and about 100 grams of lactose, which must be derived by conversion from the mother's glucose. Also, 2 to 3 grams of calcium phosphate may be lost each day; unless the mother is drinking large quantities of milk and has an adequate intake of vitamin D, the output of calcium and phosphate by the lactating mammae will often be much greater than the intake of these substances. To supply the needed calcium and phosphate, the parathyroid glands enlarge greatly, and the bones become progressively decalcified. The mother's bone decalcification is usually not a big problem during pregnancy, but it can become more important during lactation.

**Antibodies and Other Anti-infectious Agents in Milk.** Not only does milk provide the newborn baby with needed nutrients, but it also provides important protection against infection. For instance, multiple types of *antibodies* and other anti-infectious agents are secreted in milk along with the nutrients. Also, several different types of white blood cells are secreted, including both *neutrophils* and *macrophages,* some of which are especially lethal to bacteria that could cause deadly infections in newborn babies. Particularly important are antibodies and macrophages that destroy *Escherichia coli* bacteria, which often cause lethal diarrhea in newborns.

When cow's milk is used to supply nutrition for the baby in place of mother's milk, the protective agents in it are usually of little value because they are normally destroyed within minutes in the internal environment of the human being.

## References


Alexander BT, Bennett WA, Khalil RA, Granger JP: Preeclampsia: linking placental ischemia with cardiovascular-renal dysfunction. News Physiol Sci 16:282, 2001.

Ben-Jonathan N, Hnasko R: Dopamine as a prolactin (PRL) inhibitor. Endocr Rev 22:724, 2001.

Casey ML, MacDonald PC: The endocrinology of human parturition. Ann N Y Acad Sci 828:273, 1997.

Challis JR, Lye SJ, Gibb W, et al: Understanding preterm labor. Ann N Y Acad Sci 943:225, 2001.

Cross JC, Simmons DG, Watson ED: Chorioallantoic morphogenesis and formation of the placental villous tree. Ann N Y Acad Sci 995:84, 2003.

Davison JM, Homuth V, Jeyabalan A, et al: New aspects in the pathophysiology of preeclampsia. J Am Soc Nephrol 15:2440, 2004.

Dekker G, Sibai B: Primary, secondary, and tertiary prevention of pre-eclampsia. Lancet 357:209, 2001.

Freeman ME, Kanyicska B, Lerant A, Nagy G: Prolactin: structure, function, and regulation of secretion. Physiol Rev 80:1523, 2000.

Gimpl G, Fahrenholz F: The oxytocin receptor system: structure, function, and regulation. Physiol Rev 81:629, 2001.

Goffin V, Binart N, Touraine P, Kelly PA: Prolactin: the new biology of an old hormone. Annu Rev Physiol 64:47, 2002.

Hall JG: Twinning. Lancet 362:735, 2003.

Kanaka-Gantenbein C, Mastorakos G, Chrousos GP: Endocrine-related causes and consequences of intrauterine growth retardation. Ann N Y Acad Sci 997:150, 2003.

Khalaf Y: ABC of subfertility: tubal subfertility. BMJ 327:610, 2003.

Khalil RA, Granger JP: Vascular mechanisms of increased arterial pressure in preeclampsia: lessons from animal models. Am J Physiol Regul Integr Comp Physiol 283:R29, 2002.

Labbok MH, Clark D, Goldman AS: Breastfeeding: maintaining an irreplaceable immunological resource. Nat Rev Immunol 4:565, 2004.

MacLaughlin DT, Donahoe PK: Sex determination and differentiation. N Engl J Med 350:367, 2004.

Mastorakos G, Ilias I: Maternal and fetal hypothalamic-pituitary-adrenal axes during pregnancy and postpartum. Ann N Y Acad Sci 997:136, 2003.

Moffett-King A: Natural killer cells and pregnancy. Nat Rev Immunol 2:656, 2002.

Roberts JM, Cooper DW: Pathogenesis and genetics of pre-eclampsia. Lancet 357:53, 2001.

Roberts JM, Pearson G, Cutler J, Lindheimer M: Summary of the NHLBI Working Group on Research on Hypertension During Pregnancy. Hypertension 41:437, 2003.

Wu G, Bazer FW, Cudd TA, et al: Maternal nutrition and fetal development. J Nutr 134:2169, 2004.