UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

SIMONE TEAGLE, THERESA M. MAHON, MELISSA SOTO-GERMOSEN, VIVIANA AYENDE, and ELIZABETH ORTIZ, on behalf of themselves and a class of similarly situated individuals,

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

----------------------------------------------------------------------x

**DECLARATION OF DOMINIQUE ANGLADE**

19 Civ. 07211 (DLI) (TAM)

**DOMINIQUE ANGLADE** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants, the City of New York, Michael Rubens Bloomberg, Bill de Blasio, Martha H. Hirst, Edna Wells Handy, Stacey Cumberbath, Lisette Camillo, Raymond Walter Kelly, William Joseph Bratton, James Patrick O'Neill, Dermot Francis Shea, Tracie Keesee, Tanya Meisenholder, Jerry O'Sullivan ("O'Sullivan"), Jozsef Ban ("Ban"), Roxeanne Ludemann ("Ludemann"), Kurt Nason ("Nason"), Maria Gilbert ("M. Gilbert"), Michael Deddo ("Deddo"), Phillip Lam ("Lam"), Dorothy Aiello ("Aiello"), Ernest Morales III ("Morales"), Michelle Bray ("Bray"), Jessica Corey ("Corey"), James King ("King"), Kevin Murtha ("Murtha"), Miguel Garcia ("Garcia"), Howard Zweben ("Zweben"), Pawel Maslinski ("Maslinski"), and Kevin Cascone ("Cascone") (collectively, "defendants").

2. I submit this declaration in opposition to plaintiffs' motion for class certification.

3. This declaration is based on New York City Police Department and New York City Department of Citywide Services ("DCAS") records, the deposition testimony of Rule 30(b)(6) and party witnesses in this case, and the declarations of Kami Z. Barker, dated February 27, 2023, ("Barker Declaration), Ex. TTTT, and of Rule 30(b)(6) and party witnesses. These documents are annexed hereto as exhibits "A" to "TTTT" and are relied upon and cited by defendants in Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification Pursuant to Rule 23:

A. Annexed hereto as Ex. A is a true and accurate copy of the Declaration of NYPD 30(b)(6) representative, Michael Melocowsky ("Melocowsky"), dated May 11, 2022.

B. Annexed hereto as Ex. B is a true and accurate copy of the Declaration of Melocowsky, dated February 24, 2023,.

C. Annexed hereto as Ex. C is a true and accurate copy of the NYPD EEO Policy.

D. Annexed hereto as Ex. D is a true and accurate copy of the NYPD's Administrative Guide Procedure No. 320-47.

E. Annexed hereto as Ex. E is a true and accurate copy of the NYPD Pregnancy & Parental Leave Guide.

F. Annexed hereto as Ex. F is a true and accurate copy of the NYPD's Administrative Guide Procedure No. 319-24.

G. Annexed hereto as Ex. G is a true and accurate copy of the Administrative Guide Procedure No. 330-10, formerly Patrol Guide No. 205-27.

H. Annexed hereto as Ex. H is a true and accurate copy of the DCAS Lactation Policy, also known as Personnel Services Bulletin ("PSB") 440-13, dated December 2, 2009.

I. Annexed hereto as Ex. I is a true and accurate copy of the full deposition transcript of M. Gilbert, dated March 2, 2022.

J. Annexed hereto as Ex. J is a true and accurate copy of the New York City Commission on Human Rights ("CCHR") poster addressing the New York City Human Rights Law ("CHRL") requirement to provide reasonable accommodations to address the needs of an employee for her pregnancy, childbirth, or related medical condition ("CCHR poster on pregnancy and reasonable accommodations").

K. Annexed hereto as Ex. K is an intentionally left blank page.

L. Annexed hereto as Ex. L is a true and accurate copy of the Administrative Guide Procedure No. 327-02.[1]

M. Annexed hereto as Ex. M is a true and accurate copy of the NYPD's Facilities Management Division ("FMD") Policy Notice on Lactation Room Design for Employees.

N. Annexed hereto as Ex. N is a true and accurate copy of FMD's Policy Notice on the Maintenance of Employee Lactation Room.

O. Annexed hereto as Ex. O is a true and accurate copy of FMD's Policy Notice on Employee Lactation Room Placement in Precints.

P. Annexed hereto as Ex. P is a true and accurate copy of the NYPD Office of Equity and Inclusion ("OEI") Summer 2018 Bulletin on Leave to Express Milk.

Q. Annexed hereto as Ex. Q is a true and accurate copy of the Winter 2018 OEI Bulletin on Leave to Express Breast Milk.

R. Annexed hereto as Ex. R is a true and accurate copy of the January 2020 OEI Bulletin on Leave to Express Breast Milk.

S. Annexed hereto as Ex. S is a true and accurate copy of the September 2020 OEI Bulletin on Leave to Express Breast Milk.

T. Annexed hereto as Ex. T is a true and accurate copy of the Administrative. Guide Procedure No. 332-21.[2]

U. Annexed hereto as Ex. U is a true and accurate copy of the NYPD's Reasonable Accommodation Request for Leave to Express Breast Milk Form.

---

[1] Administrative Guide Procedure No. 327-02, Ex. L, is mistakenly referred to as Ex. K in paragraph 82 of the Barker Decl., Ex. TTTT.

[2] Administrative Guide Procedure No. 332-21, Ex. T, is mistakenly referred to as Ex. V in paragraph 82 of the Barker Decl., Ex. TTTT.

V. Annexed hereto as Ex. V is a true and accurate copy of NYPD's Lactation Training Materials.

W. Annexed hereto as Ex. W is a true and accurate copy of a lactation video.

X. Annexed hereto as Ex. X is a true and accurate copy of an OEI PowerPoint Presentation on Leave to Express Breast Milk.

Y. Annexed hereto as Ex. Y is a true and accurate copy of other OEI written materials.

Z. Annexed hereto as Ex. Z is a true and accurate copy of OEI's Sample Lactation Room Inspection Worksheet.

AA. Annexed hereto as Ex. AA is a true and accurate copy of the DCAS Survey of Lactation Rooms.

BB. Annexed hereto as Ex. BB is a true and accurate copy of the full deposition transcript of Belinda French, DCAS's 30(b)(6) witness, dated February 8, 2022.

CC. Annexed hereto as Ex. CC is a true and accurate copy of the Lactation Room Spreadsheet.[3]

DD. Annexed hereto as Ex. DD is an intentionally left blank page.

EE. Annexed hereto as Ex. EE is a true and accurate copy of the Lactation Room Map.

FF. Annexed hereto as Ex. FF is a true and accurate copy of the Administrative Guide Procedure No. 332-01.

GG. Annexed hereto as Ex. GG is a true and accurate copy of the Administrative Guide Procedure No. 332-14

HH. Annexed hereto as Ex. HH is a true and accurate copy of the U.S. Department of Labor's "Fact Sheet #73: Break Time for Nursing Mothers under the FLSA.

II. Annexed hereto as Ex. II is a true and accurate copy of the FINEST messages, dated January 9, 2020, November 17, 2020, December 1, 2020, December 28, 2020, January 12, 2021.

---

[3] The Lactation Room Spreadsheet, Ex. CC, is mistakenly referred to as Ex. DD in paragraph 61 of the Barker Decl., Ex. TTTT

JJ. Annexed hereto as Ex. JJ is a true and accurate copy of the full deposition transcript of Corey, dated September 23, 2021.

KK. Annexed hereto as Ex. KK is a true and accurate copy of the full deposition transcript of Teagle, dated July 23, 2021.

LL. Annexed hereto as Ex. LL is a true and accurate copy of the full deposition transcript of Ludemann, dated January 19, 2022.

MM. Annexed hereto as Ex. MM is a true and accurate copy of the full deposition of O'Sullivan, dated August 23, 2021.

NN. Annexed hereto as Ex. NN is a true and accurate copy of the Declaration of Jozsef Ban, dated February 24, 2023.

OO. Annexed hereto as Ex. OO is a true and accurate copy of the Declaration of M. Gilbert, dated February 24, 2023.[4]

PP. Annexed hereto as Ex. PP is a true and accurate copy of the full deposition transcript of Ban, dated September 24, 2021.

QQ. Annexed hereto as Ex. QQ is a true and accurate copy of the full deposition transcript of Nason, dated September 22, 2021.

RR. Annexed hereto as Ex. RR is a true and accurate copy of the EEOD Inquiry Report I-2018-0512.

SS. Annexed hereto as Ex. SS is a true and accurate copy of Teagle's Accommodation Request, dated August 28, 2018.

TT. Annexed hereto as Ex. TT is a true and accurate copy of the Sept. 5, 2018, Reasonable Accommodation Request Report.

UU. Annexed hereto as Ex. UU is a true and accurate copy of the Oct. 1, 2018, Receipt of Request for Reasonable Accommodation.

VV. Annexed hereto as Ex. VV is a true and accurate copy of the Declaration of Jerry O'Sullivan, dated February 27, 2023

WW. Annexed hereto as Ex. WW is a true and accurate copy of the 113th Precinct Personnel Changes chart, dated September 5, 2018.

XX. Annexed hereto as Ex. XX is a true and accurate copy of the texts between Teagle and Ban on September 14, 2018.

---

[4] The Declaration of M. Gilbert, Ex. OO, is mistakenly referred to as Ex. DD in paragraph 61 of the Barker Decl., Ex. TTTT.

YY. Annexed hereto as Ex. YY is a true and accurate copy of the October 1, 2018 Attempted Conferral with Petitioner Memo.

ZZ. Annexed hereto as Ex. ZZ is a true and accurate copy of the Oct. 3, 2018 Attempted Conferral with Petitioner Memo.

AAA. Annexed hereto as Ex. AAA is a true and accurate copy of the Oct. 3, 2018 Email from Atkinson to Teagle.

BBB. Annexed hereto as Ex. BBB is a true and accurate copy of the Oct. 5, 2018 Conferral with Petitioner Memo.

CCC. Annexed hereto as Ex. CCC is a true and accurate copy of the Oct. 9, 2018 Conferral with Supervisor Memo.

DDD. Annexed hereto as Ex. DDD is a true and accurate copy of the October 12, 2018 Letter regarding Teagle's request for reasonable accommodation.

EEE. Annexed hereto as Ex. EEE is a true and accurate copy of Oct. 12, 2018 Confidential Communication to Narcotics Borough Queens North ("NBQN") .

FFF. Annexed hereto as Ex. FFF is a true and accurate copy of the January 17, 2019, Command Visit and Conferral with Petitioner Memo.

GGG. Annexed hereto as Ex. GGG is a true and accurate copy of the Pictures of the NBQN lactation room in Jan. 2019.

HHH. Annexed hereto as Ex. HHH is a true and accurate copy of Teagle's Charge of Discrimination.

III. Annexed hereto as Ex. III is a true and accurate copy of the February 11, 2019 Attempted Conferral with Petitioner Memo.

JJJ. Annexed hereto as Ex. JJJ is a true and accurate copy of the Feb. 14, 2019, Attempted Conferral with Petitioner Memo.

KKK. Annexed hereto as Ex. KKK is a true and accurate copy of a Feb. 13, 2019, Email sent from Atkinson to Teagle.

LLL. Annexed hereto as Ex. LLL is a true and accurate copy of the Feb. 21, 2019, Letter to Teagle from Janine M. Gilbert regarding Teagle's reasonable accommodation request for leave to express breast milk.

MMM. Annexed hereto as Ex. MMM is a true and accurate copy of the Feb. 21, 2019, Confidential Communication to NBQN.

NNN. Annexed hereto as Ex. NNN is a true and accurate copy of the May 3, 2019, Conferral with Petitioner Memo.

OOO. Annexed hereto as Ex. OOO is a true and accurate copy of the May 9, 2019, Command Visit and Conferral with Petitioner Memo.

PPP. Annexed hereto as Ex. PPP is a true and accurate copy of the May 2019 Photos of 113th Precinct's Lactation Room.

QQQ. Annexed hereto as Ex. QQQ is a true and accurate copy of the May 7, 2019, Inspection Checklist, signed May 9, 2019.

RRR. Annexed hereto as Ex. RRR is a true and accurate copy of the full deposition transcript of Mahon, dated July 26, 2021.

SSS. Annexed hereto as Ex. SSS is a true and accurate copy of the full deposition transcript of Deddo, dated March 2, 2022.

TTT. Annexed hereto as Ex. TTT is a true and accurate copy of the Sept. 23, 2014 EEOD Inquiry Report I-2014-0607.

UUU. Annexed hereto as Ex. UUU is a true and accurate copy of the full deposition transcript of Soto-Germosen, dated July 27, 2021.

VVV. Annexed hereto as Ex. VVV is a true and accurate copy of the full deposition transcript of Morales, dated August 23, 2021.

WWW. Annexed hereto as Ex. WWW is a true and accurate copy of the full deposition transcript of Bray, dated September 22, 2021.

XXX. Annexed hereto as Ex. XXX is a true and accurate copy of full deposition transcript of Ayende, dated February 24, 2022.

YYY. Annexed hereto as Ex. YYY is a true and accurate copy of the Complaint for *Ayende v. City, et al.*, Index No. 153423/2022, (N.Y. Sup. Ct., N.Y. Cty.).

ZZZ. Annexed hereto as Ex. ZZZ is a true and accurate copy of the full deposition transcript of Ortiz, dated January 25, 2022.

AAAA. Annexed hereto as Ex. AAAA is a true and accurate copy of the full deposition transcript of Murtha, dated September 16, 2021.

BBBB. Annexed hereto as Ex. BBBB is a true and accurate copy of the full deposition transcript of King, dated September 17, 2021.

CCCC. Annexed hereto as Ex. CCCC is a true and accurate copy of the full deposition transcript of Zweben, dated September 22, 2021.

DDDD. Annexed hereto as Ex. DDDD is a true and accurate copy of the full deposition transcript of Maslinksi, dated March 2, 2022.

EEEE. Annexed hereto as Ex. EEEE is a true and accurate copy of full deposition transcript of Cascone, dated February 24, 2022.

FFFF. Annexed hereto as Ex. FFFF is a true and accurate copy of an October 21, 2022 email from Plaintiffs' counsel Eric Sanders to Kami Z. Barker.

GGGG. Annexed hereto as Ex. GGGG is a true and accurate copy of the Oct. 25, 2022 Reasonable Accommodation Worksheet Regarding Supervisor Conferral and Oct. 25, 2022 Email.

HHHH. Annexed hereto as Ex. HHHH is a true and accurate copy of the 32nd Precinct Lactation Room Pictures.

IIII. Annexed hereto as Ex. IIII is a true and accurate copy of Mahon's Combined Responses.

JJJJ. Annexed hereto as Ex. JJJJ is a true and accurate copy of Ortiz's (aka Titus) Combined Responses.

KKKK. Annexed hereto as Ex. KKKK is a true and accurate copy of Teagle's Combined Responses.

LLLL. Annexed hereto as Ex. LLLL is a true and accurate copy of Ayende's Combined Responses.

MMMM. Annexed hereto as Ex. MMMM is a true and accurate copy of Soto-Germosen's Combined Responses.

NNNN. Annexed hereto as Ex. NNNN is a true and accurate copy of Teagle's retainer and billing statements.

OOOO. Annexed hereto as Ex. OOOO is a true and accurate copy of Mahon's retainer and billing statements.

PPPP. Annexed hereto as Ex. PPPP is a true and accurate copy of Soto-Germosen's retainer and billing statements.

QQQQ. Annexed hereto as Ex. QQQQ is a true and accurate copy of Ayende's retainer and billing statements.

RRRR. Annexed hereto as Ex. RRRR is a true and accurate copy of Ortiz's retainer and billing statements.

SSSS. Annexed hereto as Ex. SSSS is a true and accurate copy of the full deposition transcript of Ayende, dated September 19, 2022.

TTTT. Annexed hereto as Ex. TTTTT is a true and accurate copy of the declaration of Kami Z. Barker, dated February 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 28, 2023

/s/

**DOMINIQUE ANGLADE**